**REDACTED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2019 JUN 26 AM 10: 17
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No. |
| v. | § § | **INDICTMENT** |
| | § § | [VIO: COUNT ONE: 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) and 846, Attempt |
| SHAWN DEWAYNE JOHNSON | § § | to Possess Cocaine With Intent to Distribute.] |

THE GRAND JURY CHARGES:        **DR 19 CR 1458 AM**

## COUNT ONE
[21 U.S.C. §§ 841(a)(1) & (b)(1)(A), and 846]

On or about May 30, 2019, in the Western District of Texas, Defendant,

SHAWN DEWAYNE JOHNSON,

knowingly, intentionally, and unlawfully attempted to possess with the intent to distribute a controlled substance, which offense involved 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(A), and 846.

A TRUE BILL.

FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
JAMES T. WARD
Assistant United States Attorney

SEALED:
UNSEALED: XX

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>MAVERICK</u>  
DATE: <u>JUNE 26, 2019</u>  
AUSA: <u>JAMES T. WARD</u>  
DEFENDANT: <u>SHAWN DEWAYNE JOHNSON</u>  
CITIZENSHIP: <u>USA</u>  
INTERPRETER NEEDED: <u>NO</u>   LANGUAGE: <u>ENGLISH</u>  
DEFENSE ATTORNEY: <u>ALBERTO M. RAMON</u>  
ADDRESS OF ATTORNEY: <u>2500 EL INDIO HIGHWAY, EAGLE PASS, TX 78852</u>  
DEFENDANT IS: <u>DETAINED</u>   DATE OF ARREST: <u>MAY 30, 2019</u>  
BENCH WARRANT NEEDED: <u>NO</u>  
PROBATION OFFICER: <u>N/A</u>  
NAME AND ADDRESS OF SURETY: <u>N/A</u>  
YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>  
PROSECUTION BY: <u>INDICTMENT</u>  
OFFENSE: (Code & Description): <u>Count 1 - 21 U.S.C. §§ 841(a)(1) & (b)(1)(A), and 846, Attempt to Possess with intent to distribute Cocaine.</u>  
OFFENSE IS A: <u>FELONY</u>  
MAXIMUM SENTENCE: <u>10-life years imprisonment; up to $10 million fine; at least 5 years of supervised release; $100 special assessment for each count of conviction.</u>  
PENALTY IS MANDATORY: <u>YES & NO</u>  
REMARKS: <u>See above</u>  
W/DT-CR-3

USAO #: <u>2019R11946</u>  
MAG. CT. #: <u>DR19-5106M</u>

**DR19CR1458**