UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**United States of America**   §
                                §
vs.                             §   NO: 2:19-cr-1458-AM
                                §
Shawn DeWayne Johnson           §
                                §

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

**NOW COMES** Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

- Defendant has received a copy of the Indictment or Information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto and his/her Constitutional rights, after being advised of all the above by his/her attorney.

- Defendant understands he/she has the right to appear personally, with his/her attorney, before a judge for arraignment, in open court, on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the Indictment or Information, and by this instrument, tenders his/her plea of "not guilty." The Defendant understands that entry by the Court of said plea for Defendant will conclude the arraignment in this case for all purposes.

**Effective December 1, 2002, the Local Criminal Rules were revised to indicate that a defendant must file any pretrial motions (citing legal authority and providing a proposed order) within ten (10) days after the arraignment, or if the defendant waives arraignment, within ten (10) days after the latest scheduled arraignment date (see *Local Criminal Rules CR-12 and CR-47*) unless otherwise ordered by the Court.**

Date: 7-9-19

_____
Defendant

_____
Attorney for Defendant

Attorney's Address: 501 North IH-35, Austin, TX 78702

Attorney's Telephone No. and Fax No.: 512-975-5880

**Pursuant to the Standing Order Adopting CJA Plan dated January 4, 2011, all waivers or motions to continue must be communicated to the appropriate courtroom deputy no later than 3:00 p.m. on the work day prior to the scheduled hearing and must be followed by an appropriately filed document.**