# Exhibit A-1



























