# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **CASE NO. 2:19-CR-01458(1)-AM** |
| **Plaintiff,** | § | |
| | § | **JUDGE:  ALIA MOSES** |
| | § | |
| **vs.** | § | **MAGISTRATE JUDGE:  VICTOR R.** |
| | § | **GARCIA** |
| | § | |
| **SHAWN DEWAYNE JOHNSON** | § | |
| **Defendant.** | § | |

## NOTICE OF CONFLICT

**NOTICE IS HEREBY GIVEN** that the undersigned attorney is scheduled for trial in the

matter of Bolton v. City of Austin, No. 1:17-cv-00077, during the August term in the Western

District of Texas.  As such, the undersigned attorney respectfully requests that no hearings be set

in this matter during the month of August.  A motion to continue the presently scheduled trial is

being filed separately.


Respectfully submitted,


/s/ Daphne Pattison Silverman
Daphne Pattison Silverman
TBN 06739550
Silverman Law Group
501 N. IH 35
Austin, Texas 78702
512-975-5880
daphnesilverman@gmail.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Daphne Pattison Silverman, do hereby certify that on this the 16th day of July, 2019, a true and correct copy of the foregoing document was served on all parties of record via electronic service.

/s/ Daphne Pattison Silverman
Daphne Pattison Silverman
Attorney for Defendant