United States District Court
Western District of Texas
Del Rio
**Deficiency Notice**

| | |
|---|---|
| To: | Silverman, Daphne L. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, July 17, 2019 |
| Re: | 02:19-CR-01458-AM / Doc # 25 / Filed On: 07/16/2019 08:32 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: The proposed order is incorrect. Please address the signature line to U.S. District Judge Alia Moses. For this reason, this motion will be terminated and will not be forwarded to Judge for consideration. Please correct and re-file.