# AUDIO RECORDING

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 2
Receipt Number: 200025699
Cashier ID: icoronad
Transaction Date: 07/17/2019
Payer Name: PATTISON LAW FIRM PC
------------------------------------
TAPE DUPLICATION
 For: PATTISON LAW FIRM PC
 Amount:        $31.00
------------------------------------
PAPER CHECK
 Remitter: PATTISON LAW FIRM PC
 Check/Money Order Num: 1031
 Amt Tendered: $31.00
------------------------------------
Total Due:      $31.00
Total Tendered: $31.00
Change Amt:     $0.00

USA vs Johnson

TAPE DUPLICATION FOR

TXWD219MJ05106-001-VRG
```



1 VRG