DR:19-CR-1458(1)-AM

FILED
JUL 17 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

AO 436 (Rev. 04/13)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# AUDIO RECORDING ORDER

*Read Instructions.*

| | | |
|---|---|---|
| 1. NAME Daphne Silverman | 2. PHONE NUMBER (512) 975-5880 | 3. EMAIL ADDRESS daphnesilverman@gmail.com |
| 4. MAILING ADDRESS 501 N IH-35 | 5. CITY Austin | 6. STATE TX  7. ZIP CODE 78702 |
| 8. CASE NUMBER 2:19-mj-05106-vrg | 9. CASE NAME USA v. Johnson | DATES OF PROCEEDINGS 10. FROM 6/5/2019  11. TO 6/5/2019 |
| 12. PRESIDING JUDGE Victor R. Garcia | 13. CITY Del Rio | LOCATION OF PROCEEDINGS 14. STATE TX |

### 15. ORDER FOR

- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

### 16. AUDIO RECORDING REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [x] OPENING STATEMENT (Plaintiff) | 06/05/2019 | | |
| [x] OPENING STATEMENT (Defendant) | 06/05/2019 | | |
| [x] CLOSING ARGUMENT (Plaintiff) | 06/05/2019 | [x] PRE-TRIAL PROCEEDING (Specify) | |
| [x] CLOSING ARGUMENT (Defendant) | 06/05/2019 | Detention Hearing | 06/05/2019 |
| [x] OPINION OF COURT | 06/05/2019 | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [x] SENTENCING | 06/05/2019 | | |
| [x] BAIL HEARING | 06/05/2019 | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| [ ] DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| [ ] RECORDABLE COMPACT DISC - CD | | |
| [x] ELECTRONIC FILE (via email, digital download, or other Judicial Conference Approved Media) | 1 | 31.00 |
| ESTIMATE TOTAL | | 31.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE /s/ Daphne Silverman | 19. DATE 7/15/2019 |
|---|---|

| PROCESSED BY | PHONE NUMBER |
|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 31.00 |
| TAPE / CD DUPLICATED (if applicable) | | | LESS DEPOSIT | 31.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD (if applicable) | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 31.00 |

DISTRIBUTION:  COURT COPY   ORDER RECEIPT   ORDER COPY